# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VANCE DOTSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-22-255-G |
| | ) |
| **CREDIT COLLECTION SERVICES,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

The docket in this matter reflects that the attorney representing Defendant Credit Collection Services is Robert Bragalone, whose office is located in Dallas, Texas. As Mr. Bragalone is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Bragalone shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.).

IT IS SO ORDERED this 19th day of April, 2022.

_____
CHARLES B. GOODWIN
United States District Judge